UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LISA A. ROGERS,

             Plaintiff,                        Civil No. 07-1563-ST

       v.                                O R D E R

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

             Defendant.

_____

HAGGERTY, Chief Judge:

     Magistrate Judge Stewart issued a Findings and Recommendation [9] in this action that recommended that the Commissioner's decision that plaintiff did not suffer from disability and is not entitled to benefits under Title II of the Social Security Act is based upon correct legal standards and should be affirmed.  No objections were filed to this Findings and Recommendation, and the case was referred to me.

1  - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate.  *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record.  This court adopts the Findings and Recommendation.

**<u>CONCLUSION</u>**

The Magistrate Judge's Findings and Recommendation [9] is adopted.   The Commissioner's decision that plaintiff Lisa A. Rogers did not suffer from disability and is not entitled to DIB or SSI benefits under Titles II and XVI of the Social Security Act is affirmed.

IT IS SO ORDERED.

Dated this   11   day of August, 2008.


          /s/ Ancer L. Haggerty
            Ancer L. Haggerty
          United States District Judge

2  - ORDER