UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LISA A. ROGERS,

       Plaintiff,

                                        Civil No. 07-1563-ST

       v.

                                        JUDGMENT

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

       Defendant.

       Based on the Order adopting the Findings and Recommendation [9], of Magistrate Judge Stewart,

       IT IS HEREBY ORDERED AND ADJUDGED that the Commissioner's decision is affirmed.

       Dated this __11__ day of August, 2008.

                                                    /s/ ANCER L. HAGGERTY
                                                      ANCER L. HAGGERTY
                                            UNITED STATES DISTRICT JUDGE